# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH SWANGER-METCALFE, : | |
|     Plaintiff : | No. 1:17-cv-2000 |
| : | |
| v. : | (Judge Kane) |
| : | |
| BOWHEAD INTEGRATED SUPPORT : | |
| SERVICES, LLC, et al. : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 31st day of March 2019, upon consideration of Defendant's motion to dismiss (Doc. No. 9), **IT IS ORDERED THAT** Defendant's motion to dismiss is **GRANTED** and Plaintiff's complaint (Doc. No. 1), is **DISMISSED** without prejudice to the Plaintiff's filing of an amended complaint in this matter within thirty (30) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
